# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAJAR A. SHERGILL, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00413-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 9) |

On April 28, 2022, the parties filed a stipulation to extend the time for Defendant Jagmohan Singh Gill dba Quick N Save, to file a responsive pleading. (ECF No. 9.) The parties seek to extend the deadline for Defendants to respond to the complaint nineteen (19) days, from May 18, 2022, to June 6, 2022. (Id.) Pursuant to Local Rule 144(a), a stipulation for an initial extension of less than twenty-eight (28) days may be filed on the docket without the need for approval by the Court. Nonetheless, given the parties filed the stipulation with a request for an order and submitted a proposed order, the Court issues this order entering the stipulation.

///
///
///
///
///

1

1  Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Jagmohan Singh Gill dba Quick N Save shall respond to the complaint on or before **June 6, 2022**.

IT IS SO ORDERED.

Dated:   **May 19, 2022**

UNITED STATES MAGISTRATE JUDGE