# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAJAR A. SHERGILL, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00413-DAD-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 16) |

Plaintiff Darren Gilbert ("Plaintiff") initiated this accessibility litigation pursuant to the Americans with Disabilities Act (ADA) and state law on April 8, 2022. The initial scheduling conference is currently set for August 8, 2022. (ECF No. 3.) On July 8, 2022, Plaintiff filed a request for administrative relief from service deadline, which the Court construes as a motion for an extension of time to complete service under Federal Rule of Civil Procedure 4(m). (ECF No. 16.)

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

In the filing, Plaintiff proffers he recently discovered service on Defendants Aurangzeb

1

Khan and Yasmeen Khan may not have been adequate to give Defendants notice of the pendency of this action because the wrong individuals may have been served.  (ECF No. 16 at 1–2.) Plaintiff requests the deadline to complete service be extended up to and including September 5, 2022.  The Court finds good cause to grant the requested extension, and will continue the mandatory scheduling conference to accommodate the extension.  Fed. R. Civ. P 4(m); Fed. R. Civ. P. 16(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to complete service pursuant to Fed. R. Civ. P. 4(m) is GRANTED (ECF No. 16);

2. The deadline for Plaintiff to complete service on Defendants shall be extended to **September 5, 2022**;

3. The scheduling conference currently set for August 8, 2022, is CONTINUED to **September 29, 2022**, at **10:30 a.m.** in **Courtroom 9**; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE