# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00413-ADA-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | (ECF No. 21) |
| NAJAR A. SHERGILL, et al., | |
| Defendants. | |

On September 12, 2022, the parties filed a stipulated request to extend the deadline for Defendants Aurangzeb Khan and Yasmeen Khan to respond to the complaint, up to and including September 16, 2022. (ECF No. 21.) The parties proffer the extension is needed because Defendants just retained counsel and need additional time to review and investigate the complaint in order to prepare an answer. The Court finds good cause exists to grant the extension.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants Aurangzeb Khan and Yasmeen Khan to file a response to the complaint is extended to **September 16, 2022**.

IT IS SO ORDERED.

Dated:   __**September 13, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE

1