# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00413-ADA-SAB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | (ECF Nos. 17, 24) |
| NAJAR A. SHERGILL, et al., | |
| Defendants. | |

A scheduling conference is set in this matter for September 29, 2022. (ECF No. 17.) On September 22, 2022, the parties filed a stipulation to continue the scheduling conference to allow for continued settlement discussions. (ECF No. 24.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for September 29, 2022, is CONTINUED to **December 6, 2022, at 1:00 p.m.** in Courtroom 9; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:  **September 23, 2022**

UNITED STATES MAGISTRATE JUDGE

2