# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                Plaintiff,<br><br>        v.<br><br>NAJAR A. SHERGILL, et al.,<br><br>                Defendants. | Case No.  1:22-cv-00413-SAB<br><br>ORDER RE: STIPULATED MOTION TO FILE AMENDED COMPLAINT<br><br>(ECF Nos. 34, 37) |

Plaintiff Darren Gilbert ("Plaintiff") initiated this action on April 8, 2022.  (ECF No. 1.) On January 6, 2023, the Court issued a scheduling order.  (ECF No. 34.)  Pursuant to the scheduling order, the deadline to file any motion or stipulation requesting leave to amend the pleadings was set for February 1, 2023.  (Id. at 2.)

On February 1, 2023, the parties filed a stipulated motion for leave to amend the complaint to permit Plaintiff to allege additional barriers which relate to his disability which were identified during the pendency of this action.  (ECF No. 37.)  The parties proffer that the amendment is neither futile, nor prejudices the Defendants, nor does it change the nature of the action in any way.  The Court is satisfied that good cause exists to grant the parties' requested relief.  However, the parties are reminded that requests to modify the schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a

showing of good cause for the delay in seeking an extension.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED leave to file an amended complaint to allege additional barriers which relate to his disability (ECF No. 37);

2. Plaintiff shall file the proposed amended complaint no later than **February 8, 2023**; and

3. Defendants' responses to the first amended complaint shall be filed in compliance with the Federal Rules of Civil Procedure.

4. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **February 2, 2023**

UNITED STATES MAGISTRATE JUDGE