# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>NAJAR A. SHERGILL, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00413-SAB<br><br>ORDER VACATING ALL MATTERS AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 34, 41) |

Plaintiff Darren Gilbert initiated this action on April 8, 2022. (ECF No. 1.) On January 6, 2023, the Court issued a scheduling order setting discovery and dispositive motion deadlines, and trial dates. (ECF No. 34.)

On April 12, 2023, the parties filed a stipulation of dismissal. (ECF No. 41.) In light of the stipulation of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Accordingly, it is hereby order that:

1.  All matters are VACATED; and

///

///

///

///

///

1

2. The Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **April 13, 2023**

UNITED STATES MAGISTRATE JUDGE

2